IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELLIOTT FREEMAN,

    Plaintiff,

v.                                      CASE NO.: 4:10cv525-SPM/WCS

JEFFERSON COUNTY
SCHOOL DISTRICT,

    Defendant.

_____/

## **ORDER VACATING ENTRY OF DEFAULT**

Upon consideration of Defendant's Motion to Vacate Entry of Default (doc. 8), which Plaintiff does not oppose, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 8) is granted.

2.    The clerk's entry of default (doc. 7) is vacated.

DONE AND ORDERED this 9th day of February, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge