IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELLIOTT FREEMAN,

    Plaintiff,

v.                             CASE NO. 4:10cv525-RH/WCS

JEFFERSON COUNTY SCHOOL BOARD,

    Defendant.

_____/

## ORDER GRANTING SUMMARY JUDGMENT

For the reasons set out on the record of the hearing on March 2, 2012, the defendant's summary-judgment motion, ECF No. 39, is GRANTED. The defendant's motion in limine, ECF No. 51, is DENIED AS MOOT. The clerk must enter judgment stating, "The plaintiff's claims are dismissed with prejudice." The clerk must close the file.

    SO ORDERED on March 3, 2012.

                                s/Robert L. Hinkle
                                United States District Judge